UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

DAVID MICHAELS,

                      Plaintiff,

    v.

AGROS TRADING CONFECTIONERY
SPÓŁKA AKCYJNA,

                      Defendant.
_____

STIPULATION EXTENDING TIME OF DEFENDANT TO RESPOND TO COMPLAINT

Case No. 1:16-cv-01015

**IT IS HEREBY STIPULATED** and agreed by the attorneys for the parties indicated below that the time of Defendant AGROS TRADING CONFECTIONERY SPÓŁKA AKCYJNA to answer or otherwise respond to the Complaint filed by the Plaintiff herein is extended to and including April 20, 2017.

DATED:    March 7, 2016

**LEWIS & LIN, LLC**

By:   s/ Brett E. Lewis
      Brett E. Lewis, Esq.
      Justin Mercer, Esq.
      *Attorneys for Plaintiff*
      45 Main Street, Suite 608
      Brooklyn, New York 11201
      718-243-9323
      brett@iLawco.com
      justin@iLawco.com

**LIPSITZ GREEN SCIME CAMBRIA LLP**

By:   s/ Jonathan W. Brown
      Jonathan W. Brown, Esq.
      *Attorneys for Defendant*
      42 Delaware Avenue, Suite 120
      Buffalo, New York 14202
      716-849-1333
      jbrown@lglaw.com

**SO ORDERED:**

_____