## Lipsitz Green Scime Cambria LLP

Attorneys at Law

42 Delaware Avenue, Suite 120, Buffalo, New York 14202-3924   P 716 849 1333   F 716 855 1580 (Not for Service)   www.lglaw.com

Paul J. Cambria, Jr. [1,3,5]
James T. Scime
Herbert L. Greenman
Michael Schiavone
Laraine Kelley
Richard P. Weisbeck, Jr.
Mark L. Stulmaker
Barry Nelson Covert
Robert L. Boreanaz
Thomas M. Mercure
John A. Collins
George E. Riedel, Jr. [2]
Michael P. Stuermer [3]
Jeffrey F. Reina
Cherie L. Peterson
Joseph J. Manna
William P. Moore
Thomas C. Burnham
Jonathan W. Brown [3]
Sharon M. Heim
Paul J. Cieslik
Gregory P. Krull
Robert E. Ziske
Patrick J. Mackey [4]
Matthew B. Morey
Max Humann [6]
Katherine A. Gillette
Lynn M. Bochenek
Joseph L. Guza
Emily H. O'Reilly [7]
Richard A. Maltese, Jr.
Justin D. Ginter
Erin E. McCampbell
Jeffrey B. Novak
Lucy M. Berkman [2]
Dale J. Bauman [2,7]
Micelle M. Ragusa
Mellissa A. Murphy

OF COUNSEL
Patrick C. O'Reilly
Joseph J. Gumkowski

SPECIAL COUNSEL
Richard D. Furlong
Scott M. Schwartz
Diane M. Perri Roberts
Philip Scaffidi
Michael M. McDaniel

LICENSED WORKERS'
COMPENSATION
REPRESENTATIVE
Keith T. Williams
Patricia N. Lyman

[1] Also admitted in District of Columbia
[2] Also admitted in Florida
[3] Also admitted in California
[4] Also admitted in Illinois
[5] Also admitted in Pennsylvania
[6] Also admitted in Maryland
[7] Also admitted in New Jersey

June 13, 2017

**VIA EMAIL (mccarthy@nywd.uscourts.gov)**

Hon. Jeremiah J. McCarthy
United States Magistrate Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

Re:   *David Michaels v. Agros Trading Confectionery Spółka Akcyjna*
      Civil Action No.: 1:16-cv-01015-LJV-JJM

Dear Judge McCarthy:

The parties have agreed to an early mediation of the above-referenced action, and request a Mediation Completion Date of August 11, 2017.

If the mediation is unsuccessful, the parties request the following revised briefing schedule for the pending motions:

Deadline for filing Plaintiff's motion to dismiss counterclaims and response to defendant's motion for a preliminary injunction: August 24, 2017;

Defendant's response to motion to dismiss and reply brief in support of preliminary injunction: September 7, 2017;

Plaintiff's reply in support of Motion to Dismiss: September 14, 2017; and

Oral Arguments for both motions: September 21, 2017, or at the earliest date convenient to the court.

Thank you for your consideration of the above request.

BUFFALO   AMHERST   CHEEKTOWAGA   LOS ANGELES

Lipsitz Green Scime Cambria LLP

Hon. Jeremiah J. McCarthy
June 13, 2017
Page 2

Respectfully submitted,

LIPSITZ GREEN SCIME CAMBRIA LLP

By: _____
      Jonathan W. Brown

JWB/arr

cc:    Brett E. Lewis, Esq. *(via email)*

Writer's Extension: 371
Writer's Email: jbrown@lglaw.com
Writer's Fax: 716-849-1315

#2285832.v1
62717.0001