David Michaels
11 Vincentian Drive #1288
Niagara University NY 14109
Tel: (716) 579-7021
M: (416) 239-1361
david@davidmichaels.org

*Pro Se/*
*Counterclaim Defendant David Michaels*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAVID MICHAELS,<br><br>    *Plaintiff*,<br><br>v.<br><br>UNITOP SP. Z.O.O.,<br><br>    *Defendant*. | Case No: 1:16-cv-01015-LJV-JJM<br><br>**STIPULATION AS TO**<br>**ATTORNEY WITHDRAWAL** |
| UNITOP SP. Z.O.O.,<br><br>    *Counterclaimant*,<br><br>v.<br><br>DAVID MICHAELS,<br><br>    *Counterdefendant*. | |

Pursuant to Local Rule 83.2(c)(1), it is hereby stipulated and agreed that:

Brett Lewis and Justin Mercer hereby withdraw as counsel for Plaintiff/Counterdefendant David Michaels.

The withdrawing and successor attorneys certify:

1

(A)     A notice of appearance of successor counsel either has been or is contemporaneously filed with the notice of withdrawal;

(B)     No evidentiary hearing or trial date has been scheduled in the case;

and

(C)     The withdrawal of counsel will not require an amendment of a Case Management Order as one has not been entered.

Dated:     June 29, 2020            DAVID MICHAELS

                                    By: _David Michaels_____
                                    17 Phelps Drive
                                    Brampton ON L6X 3V8 Canada
                                    and
                                    11 Vincentian Drive #1288
                                    Niagara University NY 14109


Dated:     June 30, 2020            LEWIS & LIN LLC
                                    Attorneys for Plaintiff/Counterdefendant

                                    By: _____
                                    Brett Lewis, Esq.

                                    81 Prospect Street, Suite 8001
                                    Brooklyn, NY 11201
                                    Tel: (718) 243-9323
                                    Fax: (718) 243-9326
                                    Email: brett@iLawco.com

| | |
|---|---|
| Dated:    Nov. 25, 2020 | LIPSITZ GREEN SCIME CAMBRIA LLP |

Attorneys for Defendant/Counterclaimant Unitop sp. z.o.o.

By: /s/ *Jonathan W. Brown* [on consent]

Jonathan W. Brown, Esq.,

Jeffrey F. Reina, Esq.

42 Delaware Ave., Suite 120

Buffalo, NY 14202

Tel.: (716) 849-1333 x371 Fax: (716) 855-1580

 jbrown@lglaw.com


Ari Goldberger, Esq. and Jason Schaeffer, Esq.

ESQwire.com. P.C. The Domain Name Law Firm

1908 Route 70 East

Cherry Hill, NJ 08003

Tel.: (856) 874-9651

Jason@ESQwire.com